**FILED & ENTERED**

**NOV 19 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FABY LLERANDI,<br><br>         Debtor. | Case No.: 6:14-bk-21130-SY<br><br>CHAPTER 11<br><br>**ORDER DENYING EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDER SOUTHERN CALIFORNIA EDISON**<br><br>Hearing:<br>Date:   November 19, 2014<br>Time:  3:30 p.m.<br>Place:  United States Bankruptcy Court<br>          Courtroom 304<br>          3420 Twelfth Street<br>          Riverside, CA 92501 |

1  On November 19, 2014 at 3:30 p.m., the Court held a hearing regarding the "Notice of Motion and Motion in Individual Chapter 11 Case for Order Authorizing Debtor to Provide Adequate Assurance of Payment to Utility Service Providers" ("Motion").  All appearances were noted on the record.  For the reasons stated on the record, the Court denied the Motion.

Therefore, the Court hereby ORDERS, ADJUDGES and DECREES:

1. The Motion is denied for the reasons stated on the record.

IT IS SO ORDERED.

###

Date: November 19, 2014

Scott H. Yun
United States Bankruptcy Judge